| | |
|---|---|
| 1 | BETSY C. MANIFOLD (SBN 182450) |
| 2 | RACHELE R. BYRD (SBN 190634) |
|   | MARISA C. LIVESAY (SBN 223247) |
| 3 | BRITTANY N. DEJONG (SBN 258766) |
|   | **WOLF HALDENSTEIN ADLER** |
| 4 | **  FREEMAN & HERZ LLP** |
|   | 750 B Street, Suite 1820 |
| 5 | San Diego, CA 92101 |
|   | Telephone: (619) 239-4599 |
| 6 | Facsimile: (619) 234-4599 |
|   | manifold@whafh.com |
| 7 | byrd@whafh.com |
|   | livesay@whafh.com |
| 8 | dejong@whafh.com |

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHIVA STEIN, | Case No. 3:20-cv-09314-BLF |
|  Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| TELENAV, INC., DOUGLAS MILLER, H.P. JIN, SAMUEL CHEN, WES CUMMINS, and RANDY L. ORTIZ, | |
|  Defendants. | JUDGE: Hon. Beth Labson Freeman |
| | CTRM: 3 – 5th Floor |

1     PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure, rule 41(a)(1)(A)(i), plaintiff Shiva Stein ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice. Defendants have filed neither an answer nor a motion for summary judgment. Plaintiff's dismissal of the Action is therefore effective upon the filing of this notice.

DATED: March 2, 2021

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By:   */s/ Rachele R. Byrd*
        RACHELE R. BYRD

BETSY C. MANIFOLD
RACHELE R. BYRD
MARISA C. LIVESAY
BRITTANY N. DEJONG
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
livesay@whafh.com
dejong@whafh.com

*Counsel for Plaintiff*

- 1 -