| | |
|---|---|
| 1 | BETSY C. MANIFOLD (SBN 182450) |
| | RACHELE R. BYRD (SBN 190634) |
| 2 | MARISA C. LIVESAY (SBN 223247) |
| | BRITTANY N. DEJONG (SBN 258766) |
| 3 | **WOLF HALDENSTEIN ADLER** |
| | **FREEMAN & HERZ LLP** |
| 4 | 750 B Street, Suite 1820 |
| | San Diego, CA 92101 |
| 5 | Telephone: (619) 239-4599 |
| | Facsimile: (619) 234-4599 |
| 6 | manifold@whafh.com |
| | byrd@whafh.com |
| 7 | livesay@whafh.com |
| | dejong@whafh.com |

APPROVED
Judge Beth Labson Freeman

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIVA STEIN, | Case No. 3:20-cv-09314-BLF |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| TELENAV, INC., DOUGLAS MILLER, H.P. JIN, SAMUEL CHEN, WES CUMMINS, and RANDY L. ORTIZ, | |
| Defendants. | JUDGE: Hon. Beth Labson Freeman |
| | CTRM: 3 – 5th Floor |

1  PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure, rule
2  41(a)(1)(A)(i), plaintiff Shiva Stein ("Plaintiff") hereby voluntarily dismisses the above-captioned
3  action (the "Action") with prejudice.  Defendants have filed neither an answer nor a motion for
4  summary judgment. Plaintiff's dismissal of the Action is therefore effective upon the filing of this
5  notice.

7  DATED: March 2, 2021

**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**

By: */s/ Rachele R. Byrd*
       RACHELE R. BYRD

BETSY C. MANIFOLD
RACHELE R. BYRD
MARISA C. LIVESAY
BRITTANY N. DEJONG
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
livesay@whafh.com
dejong@whafh.com

*Counsel for Plaintiff*